Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Melendez Cruz Victor (Pro-se)
  )
  ) Case No. _____
  ) (to be filled in by the Clerk's Office)
  )
  **Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Bristol District court
Bristol Superior court
Commonwealth of Massachusetts
  )
  **Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Victor L. Melendez Cruz (Pro-se)
   Street Address: 226 Ash street (Bristol county Jail)
   City and County: new bedford (5-A-#.69)
   State and Zip Code: Massachusetts 02740
   Telephone Number: ID #. 196095
   E-mail Address:

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: Bristol Superior Court Bristol District Court
- Job or Title (if known): D.A. Thomas M. Quinn III
- Street Address: 186 S. Main St. Ste 220
- City and County: Fall River
- State and Zip Code: Massachusetts 02721
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: C.P.C.S
- Job or Title (if known): Defenses Public Commonwealth M.A.
- Street Address: 1822 N. Main St. Ste 205
- City and County: Fall River
- State and Zip Code: Massachusetts 02720
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Frances E. Viera Rodriguez
- Job or Title (if known):
- Street Address: 41 Hargraves St. 3W
- City and County: Fall River
- State and Zip Code: Massachusetts 02723
- Telephone Number: 774-320-6846
- E-mail Address (if known):

Defendant No. 4
- Name: Carmen M. Rodriguez
- Job or Title (if known):
- Street Address: 41 Hargraves St. 3W
- City and County: Fall River
- State and Zip Code: Massachusetts 02723
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. U use of information for income Taxes economic stimulus (under 28 U.S.C.§ 636(A)(1)(2) (under Rule 4.(1)) 28 USC 1609

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the
       State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated
       under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)*
       _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of
       the State of *(name)* _____. Or is a citizen of
       *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

2) ON MAY 12, 2019 on a Domestic case (3) MY Personal documents was in the victim house (4) the victim tee hit A ponded themself to give MY (5) documents to other people without MY consent

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

6) To Whom it may concern I AM writting this letter to the honorable court of united state (7) with all de Respect that they deserve AM writting to say for damages and Acusction (8) emitated By the commonwealth of Massachusetts By superior court of Bristol county I want them to take full responsability for there witnesses An th...

9) I ask the honorble federal court of united state for a lawsuit of three million and five hundred thousand dollers for emotional And Phisical Damage(io) caused BY the action and Decision (under Rule 4.(i)) made By the (ii) goverment courts of Massachusetts

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/19/2021

Signature of Plaintiff: Victor L. Melendez (Pro-Se)
Printed Name of Plaintiff: Victor L. Melendez Cruz (Pro-Se)

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____